# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARK MILLER, | ) | 3:16-CV-0128-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 7, 2017 |
| | ) | |
| DAVID EVERETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General filed a supplemental notice of acceptance of service on behalf of Kathleen Henderson (ECF No. 54) and filed a joinder to the answer on her behalf (ECF No. 55). Therefore, plaintiff's motion for defendant Kathleen Henderson's address (ECF No. 49) is **DENIED as moot**.

   **IT IS SO ORDERED.**

                              DEBRA K. KEMPI, CLERK

                       By:        /s/
                              Deputy Clerk