AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

MARK MILLER,

    Plaintiff,

v.

DAVID EVERETT, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-cv-00128-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 67) is granted.

August 15, 2017          **DEBRA K. KEMPI**
                                Clerk

                                /s/ K. Rusin
                                Deputy Clerk